IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RANDOLPH MICHAEL RABBE AND LISA ANN RABBE, | |
|---|---|
| Plaintiffs, | 8:17-CV-131 |
| vs. | ORDER |
| WELLS FARGO HOME MORTGAGE, INC. AND WELLS FARGO, N.A., | |
| Defendants. | |

An individual identifying himself as "Rodney-Dale,class" has filed an "Entry of Appearance" (filing 33) in this case. Because the filer cannot represent others in this Court, his appearance will be stricken.

The filer does not purport to be a litigant or a licensed attorney. So, he lacks authority to act as an attorney before the Court. *United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994). A nonlawyer has no right to represent another in a court of the United States. *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994). The filer suggests that he may appear because, he says, the United States Attorney does not need to be a member of the bar. He is wrong about that. *See* Pub. L. No. 96-132, § 3(a), 93 Stat. 1040. But more importantly, having been appointed by neither the President nor the Attorney General, he is not a United States Attorney. *See* 28 U.S.C. §§ 541 & 542.

The filer's claim to be a "Private Attorney General" and "Constitutional 14th Amendment Bounty Hunter" is presumably based on the proposition that an individual who pursues a civil rights claim in federal court may do so

"not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." *Newman v. Piggie Park Enters., Inc.,* 390 U.S. 400, 402 (1968). But while that permits a litigant with standing to enforce the civil rights laws by asserting their own claims, either *pro se* or through counsel, it does not make that litigant a "United States Attorney," nor does it upset the "established procedure which requires that only one licensed to practice law may conduct proceedings in court for anyone other than himself." *United States v. Onan,* 190 F.2d 1, 6 (8th Cir. 1951).

IT IS ORDERED:

1. The "Entry of Appearance" filed by "Rodney-Dale,class" (filing 33) is stricken.

2. The Clerk of the Court is directed to provide a copy of this order to the parties, to "Rodney-Dale,class" at the address contained in filing 33, and to the U.S. Court of Appeals for the Eighth Circuit.

Dated this 29th day of September, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge